UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION (Montgomery)

| | |
|---|---|
| IN RE: | : CASE NO.: 19-31225-CLH |
|  | : CHAPTER: 13 |
|  | : |
| CYNTHIA ASHCRAFT | : |
|     Debtor | : |

## NOTICE OF TERMINATON OF AUTOMATIC STAY

Comes now U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, its successors and assigns, a secured creditor of the above-named Debtor, and provides notice as follows:

1.

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust issued a Notice of Default (the "Notice") dated June 22, 2022 pursuant to an Agreed Order (the "Order") entered on March 3, 2022. Since issuance of the Notice, the delinquency has not been cured and the loan remains in default. As such, the automatic stay is terminated against the property now or formerly known as: 101 Sterling Drive, Montgomery, AL 36109.

This 20th day of July, 2022

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
11 N. Water Street, Suite 10290
Mobile, AL 36602
(877) 813-0992
abeckett@rlselaw.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I, Amanda Beckett of Rubin Lublin, LLC certify that I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Cynthia Ashcraft
101 Sterling Drive
Montgomery, AL 36109

Terry L. Danford, Esq.
Danford Law Firm, LLC
2267 Cong. W. L. Dickinson Drive
Montgomery, AL 36109

Sabrina L. McKinney, Trustee
P.O. Box 173
Montgomery, AL 36101

Executed on: 7/20/22

By: /s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
11 N. Water Street, Suite 10290
Mobile, AL 36602
(877) 813-0992
abeckett@rlselaw.com
Attorney for Creditor